IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ERIC DAVIS
ADC # 658363                                                       PLAINTIFF

v.                    No. 4:12-cv-144-DPM-HDY

WAYNE SMITH, Warden, Department
of Community Corrections, Texarkana, AR;
RICK HART, Director, Department of
Community Corrections; and DON WEBB,
Warden, Department of Community
Corrections, Little Rock, AR                          DEFENDANTS

ORDER

The Court has considered Magistrate Judge Young's Proposed Findings and Recommendations, *Document No. 16*. No one has objected. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the proposal in its entirety.

The Court denies the Defendants' motion to dismiss. *Document No. 9*. So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 May 2012