# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**ERIC DAVIS**
**ADC # 658363**                                                          **PLAINTIFF**


**v.**                          **No. 4:12-cv-144-DPM**


**WAYNE SMITH, Warden, Department**
**of Community Corrections, Texarkana, AR;**
**RICK HART, Director, Department of**
**Community Corrections; and DON WEBB,**
**Warden, Department of Community**
**Corrections, Little Rock, AR**                          **DEFENDANTS**


## JUDGMENT

Davis's claims against Smith, Hart, and Webb are dismissed without

prejudice.

*DPMarshall Jr.*
_____
D.P. Marshall Jr.
United States District Judge

9 October 2012